UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                  Plaintiff,     )
                                 )
        v.                       )        Cause No.      1:21-cr-00330-JMS-MG
                                 )
SHAUNTE WHITE,                   )                            - 01
                                 )
                  Defendant.     )

## REPORT AND RECOMMENDATION

On May 7, 2026, the Parties appeared for hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on August 2, 2025. Defendant appeared in person and by Federal Community Defender counsel Bill Dazey. Government represented by Assistant United States Attorney Jayson McGrath. U.S. Probation Office represented by Officer Martin Burtt.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant White of her rights and ensured that she had a copy of the Petition. Defendant White waived her right to a preliminary hearing.

2.      After being placed under oath, Defendant White admitted to violation numbers 1 and 2 in the Petition dated August 2, 2025.

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **"You shall not commit another federal, state, or local crime."** |

On July 31, 2025, the United States Probation Office, with the assistance of the Indianapolis Metropolitan Police Department (IMPD), conducted a search at Shaunte White's residence. United States Probation staff located a firearm and 24 grams of suspected cocaine in a baggie that was located inside of a gold purse. Ms. White later admitted to IMPD officers that she owned the gold purse but stated she was unaware of any drugs inside of the purse. Ms. White was arrested and charged with Possession of Cocaine, a felony, in Marion County Case No. 49D27-2508-F3-023499. Her first scheduled appearance is an Advisement of Rights Hearing on August 4, 2025.

2    **"You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches."**

On July 31, 2025, officers from the United States Probation Office conducted a search at Shaunte White's residence. During the course of the search, officers were able to locate Ms. White's cell phone. Ms. White refused to provide the passcode to her phone, impeding the search.

4.    The Parties stipulated that:

(a)    The highest grade of violation is a Grade B violation.

(b)    Defendant's criminal history category is II.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months of imprisonment.

5.    Counsel for the Parties presented argument and jointly recommended a sentence of twelve months and one day imprisonment with no federal supervised release to follow.  Probation was heard.  Defendant was given the opportunity to make a statement.

6.      The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or designee for a period of twelve (12) months and one (1) day with no federal supervised release to follow.  The undersigned also recommends placement at the Federal Medical Center in Lexington, Kentucky (Atwood).

7.      Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.  The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge.  The Parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/11/2026

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system